UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 17,

                Plaintiff,

                                        ORDER
    v.                                      06-CV-241A

CRANE-HOGAN STRUCTURAL
SYSTEMS, INC.,

                Defendant.

---

     The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On December 18, 2006, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the arbitration award be confirmed and costs be permitted in accordance with Rule 54(d) of the Federal Rules of Civil Procedure, but that plaintiff's request for attorneys' fees be denied.

     The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, the arbitration award is confirmed and costs are permitted in accordance with Rule 54(d) of the Federal Rules of Civil Procedure.  Plaintiff's request for attorneys' fees is denied.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

          /s/ *Richard J. Arcara*
          HONORABLE RICHARD J. ARCARA
          CHIEF JUDGE
          UNITED STATES DISTRICT COURT

DATED: January 12, 2007